

**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O: (212) 882-1320
F: (917) 398-1487



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2021

Andrew Gerber, Member
andrew@kgfirm.com

May 24, 2021

**By ECF**

Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Lyons v. Amazon.com, Inc. et al, 1:21-cv-03786-AJN – Request for Adjournment of Initial Pretrial Conference*

Your Honor,

    We are counsel for plaintiff Sara M. Lyons ("Plaintiff") in the above-captioned Action. We write to request an adjournment of the initial pretrial conference currently scheduled for August 20, 2021 at 3:15 p.m. I am requesting this adjournment because I am principal trial counsel in this matter, and I will be out of the office on a previously scheduled family vacation on August 20, 2021.

    This is Plaintiff's first request for an adjournment. Counsel for defendant Amazon.com, Inc. consents to this adjournment. Counsel for both parties are available on the three following Fridays: August 27, Sept 3, and Sept 10.

The initial pretrial conference scheduled for August 20, 2021, is adjourned to September 3, 2021, at 3:15 p.m. SO ORDERED.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
5/25/2021

Sincerely,

Andrew Gerber
*Counsel for Sara M. Lyons*