


May 28, 2021

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    *Lyons v. Amazon.com, Inc.*, 1:21-cv-03786-AJN
              Request for Adjournment of Initial Pretrial Conference

Dear Judge Nathan:

      We are counsel for Defendant Amazon.com, Inc. ("Defendant") in the above-referenced action. We write to request an adjournment of the initial pretrial conference currently scheduled for September 3, 2021 at 3:15 p.m. I am requesting this adjournment because I am principal trial counsel in this matter, and I will be out of the office on a previously scheduled family vacation on September 3, 2021, and had not yet been retained at the time of Plaintiff's May 24, 2021 request.

      This is Defendant's first request for an adjournment. Counsel for Plaintiff consents to this adjournment. Counsel for both parties are available on the three following Fridays: September 10, September 17, and September 24.

> The initial pretrial conference scheduled for September 3, 2021, is adjourned to September 24, 2021, at 3:15 p.m. SO ORDERED.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/ *Jeremy A. Chase*

Jeremy A. Chase

*[Signature]*
SO ORDERED.  5/28/2021
ALISON J. NATHAN, U.S.D.J.

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington, D.C.

www.dwt.com